# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

GROUND CONNECTION, LLC,  PLAINTIFF
an Arkansas limited liability company

v.     No. 5:17-CV-196 JLH

GROUND CONNECTION TECHNOLOGIES, LLC,  DEFENDANTS
a Texas limited liability company; GROUND CONNECT, LLC, a
Texas limited liability company; DENNIS SEAL; and
VINCENT HAZEN

## STIPULATED ORDER OF DISMISSAL

COME NOW Ground Connection, LLC, Ground Connect, LLC, Dennis Seal, and Vincent Hazen (hereinafter referred to as "Parties") and, for their stipulation, state:

1. On May 12, 2017, Ground Connect, LLC initiated a lawsuit against Ground Connection, LLC and Ron Powell by filing an Original Petition in the District Court of Travis County, Texas (hereinafter referred to as the "Texas Litigation"). On June 30, 2017, Ground Connection, LLC initiated claims against Ground Connect, LLC, Dennis Seal, and Vincent Hazen by filing a Complaint in the Circuit Court of Jefferson County, Arkansas (hereinafter referred to as the "Arkansas Litigation"). On July 28, 2017, the Arkansas Litigation was removed to the United States District Court for the Eastern District of Arkansas.

2. Pursuant to Fed. R. Civ. P. 41(a)(2), the Plaintiffs in the Arkansas Litigation agree to dismissal of the claims that were or could have been asserted therein without prejudice to refiling at a future date within the applicable statutes of limitation. This dismissal of the Arkansas Litigation shall not be deemed a dismissal that would invoke Fed. R. Civ. P. 41(a)(1)(B) if Plaintiffs re-file and dismiss the Arkansas Litigation in the future..

3.    Pursuant to applicable Texas court rules, the Plaintiffs in the Texas Litigation agree to abatement of the Texas Litigation.

4.    The Parties hereby stipulate that in the event the Arkansas Litigation is refiled, the Texas Litigation shall be deemed to be the first filed, just as it was filed first as set forth in the paragraphs above.

5.    The Parties hereby reserve all claims and defenses which were asserted in the Arkansas Litigation and Texas Litigation.

6.    In the event a party refiles the Arkansas Litigation or seeks to have the Texas Litigation unabated, the other Parties shall be given notice fourteen (14) days in advance of the refiling or motion to lift the abatement. Such notice may be done through counsel of record herein.

7.    The Parties hereby desire that the Court, pursuant to this stipulation, enter this Order dismissing all claims in this cause without prejudice.

THEREFORE, IT IS ORDERED that all claims in this cause be and are hereby DISMISSED without prejudice to their being refiled.

IT IS SO ORDERED this 23d day of January, 2018.

HONORABLE J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

Stipulated and Agreed:

*[signature: Kevin A. Crass]*

Kevin A. Crass, AR Bar No. 84029
FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522
Tel (501) 370-1592
Fax (501) 244-5370
crass@fridayfirm.com

*Attorneys for Plaintiff,*
*Ground Connection LLC*

*[signature: G. Alan Waldrop]*

G. Alan Waldrop, TX Bar No. 20685700
TERRILL & WALDROP
810 West 10th Street
Austin, Texas 78701
Tel (512) 474-9100
Fax (512) 474-9888
awaldrop@terrillwaldrop.com

*Attorneys for Defendants,*
*Ground Connect LLC, Dennis Seal, and Vincent Hazen*